UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 21-60405-CIV-ALTMAN/HUNT

NATIONAL HEALTH FINANCE DM,
LLC, an Arizona limited liability company,

    Plaintiff,

v.

SEA SPINE ORTHOPEDIC INSTITUTE, LLC,
a Florida limited liability company,
SEA SPINE ORTHOPEDICS INSTITUTE II,
LLC, a Florida limited liability company, and
ANDREW JOSHUA APPEL, individually

    Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Attorneys' Fees and Costs ("Motion"). ECF No. 73. The Honorable Roy K. Altman, United States District Judge, referred this Matter to the undersigned United States Magistrate Judge for a Report and Recommendation. ECF No. 74; *see also* 28 U.S.C. § 636(b); S.D. Fla. L.R., Mag. R. 1. The Court, having considered the Motion, the argument of counsel at the hearing held on July 19, 2022, the applicable law, and being otherwise fully advised in the premises, recommends that Plaintiff's Motion be GRANTED.

## DISCUSSION

National Health Finance DM, LLC, ("Plaintiff") brought this action against Sea Spine Orthopedic Institute, LLC, Sea Spine Orthopedics Institute II, LLC, and Andrew Joshua Appel ("Defendants") for breach of contract. ECF No.1. The contract contained

a provision that allows the prevailing party in an action for enforcement of the contract to recover reasonable attorneys' fees and costs.  ECF No. 33-2.  The District Court granted Plaintiff's Motion for Summary Judgment and entered Final Judgment in favor of Plaintiff against Defendants.  ECF Nos. 68, 69.  The Parties do not dispute that Plaintiff is the prevailing party or that Plaintiff is entitled to reasonable attorneys' fees and costs.  ECF No. 73.  The Parties entered into settlement discussions to resolve the fee amount and have agreed on an amount to be awarded.  *Id.*  The Parties have agreed that Plaintiff shall be awarded $82,624.00 in attorneys' fees and $4,501.37 in costs for a total award of $87,125.37.  *Id.*

During the hearing, the undersigned questioned the Parties as to whether the settlement was agreed to by Defendants since Defendants' Counsel has moved to withdraw from the case.  The Parties confirmed that the Defendants agreed and consented to the award.  The undersigned finds no reason to disturb the agreement reached by the Parties.  Therefore, the undersigned recommends that Plaintiff's Unopposed Motion be GRANTED, and Plaintiff be awarded $82,624 in attorneys' fees and $4,501.37 in costs for a total award of $87,125.37.

Within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district.  28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b).  The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation.  11th Cir. R. 3-1 (2016); *see Thomas v. Arn*, 474 U.S. 140 (1985).

DONE AND SUBMITTED in Fort Lauderdale, Florida this 3rd day of August 2022.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATEJUDGE

Copies furnished to:

The Honorable Roy K. Altman

 All Counsel of Record

Thomas R. Lehman, Esq. is directed to send copies of this Report and Recommendation to each of the Defendants via email and U.S. Mail.